# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 17-65218

Cornelio Gates )
) Chapter: 13
)

Debtor(s)

Request for automatic stay bankruptcy protection.

July 23, 2017 My grandmother Matilda Ezzard passed away. August 1st 2017 my brother Cordney Ezzard passed away. My family and I had to pay cash for back to back funerals. I have receipts and documents as proof.

I recive disability Insurance and both my June and July 2017 were affected by an overpayment in 2016. which made me late with all my bills.

Dated: 08-31-17

Signature: [signed]

Printed Name: Cornelio Gates

Address: 11092 Silver Aspen Ct.
Hampton GA 30228

Phone: (404) 990-6672

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: _Cormeko Gates_ )   Case No: _17-65218_
_____ )   Chapter _13_
 )
 )
 )
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _31_ day of _August_, 20_17_ I served a copy of _Request for Automatic Stay_ which was filed in this bankruptcy matter on the _31_ day of _August_, 20_17_

Mode of service (check one):   ☒ MAILED    ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

_Camron Wesley_
_P.O. Box 1852 Fayetteville_
_GA 30214_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _08-31-17_    Signature: _[signature]_

Printed Name: _Cormeko Gates_

Address: _10092 Silver Aspen Ct_
_Hampton GA 30228_
_(404) 990-6622_

Phone:

(Generic Certificate of Service – Revised 4/13)