# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 17-65218 pmb
)
Cormeko Gates )
)
) Chapter: 13th
)

Debtor(s)

Request for Stay

I'm requesting an automatic stay to be put in place

2017 SEP 20 PM 12:34
BY M. REGINA THOMAS
CLERK
DEPUTY CLERK
FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

Dated: 09-20-17        Signature: [signed]

Printed Name: Cormeko Gates

Address: 11092 Silver Aspen Ct.
Hampton GA 30228

Phone: (404) 990-6622

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

IN RE: _Cormeko Gates_ )  Case No: _17-65218pmb_
_____ )  Chapter _13_
                        )
                        )
      Debtor(s)         )

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _20_ day of _September_, 20_17_, I served a copy of _Request for Stay_ which was filed in this bankruptcy matter on the _20_ day of _September_, 20_17_.

Mode of service (check one):   (X) MAILED        ( ) HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

_Comcast PO Box 2127_            _Geico Insurance_
_Norcross GA 30091_              _5260 Western Ave._
                                 _Chevy Chase MD 20815_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _09-20-17_           Signature: _____

                            Printed Name: _Cormeko Gates_

                            Address: _11092 Silver Aspen Ct._
                            _Hampton GA 30228_

                            Phone: _(404) 990-6672_

(Generic Certificate of Service – Revised 4/13)