

**IT IS ORDERED as set forth below:**

**Date: October 2, 2017**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **CORMEKO KEYONIA GATES**, | | **17-65218-PMB** |
| Debtor. | | CHAPTER 13 |

### ORDER AND NOTICE OF HEARING ON
### DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY

On August 31, 2017, the Debtor in the above-referenced case filed, pro se, a *Motion to Extend the Stay* (Docket No. 7) (the "Motion").  The Debtor filed this case on August 31, 2017 and has two prior cases that were dismissed within the preceding twelve (12) months.  As a result, the automatic stay never went into effect upon the filing of this case.  The Court will thus treat the Motion as a motion to impose automatic stay.  Consequently, it is hereby

**ORDERED, AND NOTICE IS HEREBY GIVEN,** that a hearing will be held on the Motion on the **12th** day of **October 2017**, commencing at **10:30 a.m.** in **Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303. It is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order and Notice of Hearing on the Debtor, the Chapter 13 Trustee, the Acting United States Trustee, all creditors, all parties on the attached distribution list, and all parties requesting notice.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

First Investors Servicing Corporation
380 Interstate North Pkwy
Ste 300
Atlanta, GA 30339

Tonya Parham, Bankruptcy Specialist
380 Interstate North Pkwy
Ste 300
Atlanta, GA 30339

Lisa A. Alvelo, Burris Law Firm
Bldg. 2 - Suite 1450
2727 Paces Ferry Road Atlanta, GA 30339

Philip L. Rubin, Lefkoff, Rubin, Gleason & Russo
Suite 900
5555 Glenridge Connector Atlanta, GA 30342