UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          )
                                                )    CASE NO. **17-65218-PMB**
**Cormeko Keyonia Gates,**                      )
                                                )    CHAPTER 13
        DEBTOR.                                 )

### NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
### MOTION OBJECTING TO DEBTOR'S DISCHARGE

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee in this case has filed a Motion Objecting to Debtors' Discharge. All Objections must state the grounds therefor and must be filed no later than seven (7) days prior to the date of the hearing set below, and must be filed with the

Clerk, United States Bankruptcy Court:
1340 U.S. Courthouse (and Richard B. Russell Federal Building)
75 Ted Turner Drive S.W.
Atlanta, GA 30303-3367

and a copy served upon the Chapter 13 Trustee

Melissa J. Davey
260 Peachtree Street, Suite 200
Atlanta, GA 30303

**Hearing will be held** on **November 16, 2017,** at 9:30 a.m. at the United States Courthouse, Richard B. Russell Building, 75 Ted Turner, S.W., **Courtroom 1202**, Atlanta, Georgia 30303-3367.

This the **3rd** day of October, 2017

                                        _____
                                        Melissa J. Davey,
                                        Chapter 13 Trustee
                                        GA Bar No. 206310
                                        260 Peachtree Street, Suite 200
                                        Atlanta, GA 30303
                                        Phone: 678-510-1444
                                        Fax: 678-510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN: RE: | ) |
| | ) CHAPTER 13 |
| | ) |
| Cormeko Keyonia Gates | ) CASE NO. 17-65218-PMB |
| | ) |
| | ) |
| DEBTOR. | ) |

**MOTION OBJECTING TO DEBTOR'S DISCHARGE**

COMES NOW Melissa J. Davey, Chapter 13 Trustee in the above-referenced case, and files this Motion Objecting to Debtor's Discharge and shows the Court the following:

1.

Debtor filed this Chapter 13 case on August 31, 2017.

2.

Debtor filed Chapter 7 case number 16-50784-PMB on January 14, 2016. Debtor received a discharge in that case on May 19, 2016. From the filing date of the previous case to the filing date of the present case it has been less than four (4) years. Thus, pursuant to 11 U.S.C. § 1328(f)(1), it does not appear that Debtor is eligible to receive a discharge in this case.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order granting Trustee's Motion and find that Debtor shall not receive a discharge in this case, and for such other and further relief as this Court deems just and proper.

/s/ Melissa J. Davey
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      )
                                            )    CASE NO. **17-65218-PMB**
**Cormeko Keyonia Gates,**                  )
                                            )    CHAPTER 13
            DEBTOR.                         )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR:
    Cormeko Keyonia Gates
    11092 Silver Aspen Ct.
    Hampton, GA 30228

DEBTOR ATTORNEY:
    Pro Se

AND ALL CREDITORS ON THE ATTACHED MATRIX

with a copy of the foregoing of this pleading by depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: October **3**, 2017

/s/ *(signature)*
Melissa J. Davey,
Chapter 13 Trustee
GA Bar No. 206310
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

17-65218-PMB                                         CERTIFICATE OF MAILING

MELISSA J. DAVEY                                     GEICO INSURANCE

MELISSA J. DAVEY, STANDING CH 13 TRUSTEE             5260 WESTERN AVENUE
SUITE 200                                            CHEVY MD  20815-3799
ATLANTA GA  30303-1236


J AND J WESLEY RENTALS                               CORMEKO KEYONIA GATES

P. O. BOX 1852                                       11092 SILVER ASPEN CT.
FAYETTEVILLE GA  30214-6506                          HAMPTON GA  30228-3381


COMCAST                                              T MOBILE

P. O. BOX 2127                                       C O AMERICAN INFOSOURCE LP
NORCROSS GA  30091-2127                              4515 N SANTA FE AVE
                                                     OKLAHOMA OK  73118-7901


SUNTRUST BANK                                        SUNTRUST BANK

P.O. BOX 85092                                       ATTN: SUPPORT SERVICES
RICHMOND VA  23285-5092                              P.O. BOX 85092
                                                     RICHMOND VA  23286-0001


CORMEKO KEYONIA GATES
11092 SILVER ASPEN CT.
HAMPTON, GA  30228


PRO SE