**IT IS ORDERED as set forth below:**



**Date: October 12, 2017**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **CORMEKO KEYONIA GATES**, | | 17-65218-PMB |
| Debtor. | | CHAPTER 13 |

### ORDER GRANTING DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY

This matter was set for a hearing on October 12, 2017 at 10:30 a.m. on Debtor's pro se *Motion to Extend the Stay* (Docket No. 7) (the "Motion") filed on August 31, 2017. This case was filed on August 31, 2017, and the Debtor has filed two prior cases that were dismissed within the preceding twelve (12) months. Because the Motion was filed before thirty (30) days after the filing of this case, the Court will treat the Motion as a motion to impose automatic stay.

There being no opposition to the Motion, and the Debtor having shown that the filing of the above case is in good faith as to the creditors to be stayed in accordance with 11 U.S.C. § 362(c)(4), it is

**ORDERED** that the Motion be, and the same hereby is, **GRANTED as follows**:

1. The automatic stay of 11 U.S.C. § 362(a) is **IMPOSED** as to all creditors.

2. The stay referenced in Paragraph 1 shall remain in effect through the pendency of this case until (i) further order of this Court, or (ii) the stay expires or terminates pursuant to 11 U.S.C. § 362(c)(1), (c)(2), or (e).

3. The stay referenced in paragraph 1 may be vacated as to a party in interest if that party in interest did not receive notice of the Motion and files a pleading demonstrating the lack of service and a basis to oppose the stay referenced in paragraph 1. Upon the filing of such pleading, the stay referenced in paragraph 1 may be vacated as to the party in interest that was not served with or without further notice or an opportunity for a hearing.

4. The relief granted in this Order does not preclude a creditor from filing a subsequent motion for relief from stay as appropriate.

5. The relief granted in this Order is effective immediately upon entry of this Order, and is not subject to any stay.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 13 Trustee, the United States Trustee, all creditors and parties in interest herein, and all parties on the attached distribution list.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

First Investors Servicing Corporation
C/o Tonya Parham, Bankruptcy Specialist
380 Interstate North Pkwy
Suite 300
Atlanta, GA 30339

PD Cove, LLC d/b/a Sterling Cove Apartments
5751 Riverdale Rd
College Park, GA 30349

Lisa Alvelo
Burris Law Firm, Bldg. 2 - Suite 1450
2727 Paces Ferry Road
Atlanta, GA 30339

Philip Rubin
Lefkoff, Rubin, Gleason & Russo
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342

Cormeko Keyonia Gates
11092 Silver Aspen Ct.
Hampton, GA 30228

Melissa Davey
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303