**IT IS ORDERED as set forth below:**



**Date: October 18, 2017**

_Paul Baisier_

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | **CASE NO. 17-65218-PMB** |
| | : | |
| **CORMEKO KEYONIA GATES,** | : | **CHAPTER 13** |
| | : | |
| Debtor. | : | |
| _____ | : | |

### O R D E R

Debtor named above filed a Motion on September 13, 2017 (Docket No. 15) seeking an extension of time to complete and file Chapter 13 Schedules and other required forms and documents in this case (the "Motion").  Upon review of the Motion, and after a review of the docket, and it appearing that the Debtor has filed certain documents, it is

**ORDERED** that the Motion be, and the same hereby is, **dismissed** as moot.

The Clerk is directed to serve a copy of this Order upon the Debtor, the Chapter 13 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**